F I L E D
DISTRICT COURT OF GUAM
FEB 21 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MAUREEN O'CONNOR, as Administratrix of the Estate of Thomas Dowdell,<br><br>Plaintiff,<br><br>vs.<br><br>RUTH CANNON and UNCLE BOB'S d/b/a UNCLE BOB'S LAST WATERING HOLE,<br><br>Defendants. | Civil Case No. 02-00037<br><br><br><br><br>ORDER TO SHOW CAUSE |

The complaint in the above-captioned case was filed on September 17, 2002 in the United States District Court, Southern District of New York. By court order dated November 27, 2002, this case was transferred from the Southern District of New York to this District pursuant to 28 U.S.C. § 1406(a). The order also directed that the time to effect service on the defendants was to be extended to 60 days from the date of the order. Thus, the plaintiff was required to effectuate service on the defendants by January 26, 2003. To date, however, the plaintiffs have not filed a return of the summons evidencing service on the defendants. Accordingly, plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The plaintiff's written response to this Order to Show Cause shall be filed no later than Friday, March 28, 2003.

Additionally, counsel for the plaintiff is reminded of his obligation to comply with local

rule GR 17.1 of the Local Rules of Practice for the District Court of Guam which governs admission to the bar of this Court.

SO ORDERED this 21st day of February, 2003.

_____
JOHN S. UNPINGCO
Chief Judge

Maureen O'Connor v. Ruth Cannon and Uncle Bob's, Civil Case No. 02-00037
Order to Show Cause Why Case Should Not be Dismissed

Case 1:02-cv-00037    Document 2    Filed 02/21/2003    Page 2 of 2