ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN - 3 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MAUREEN O'CONNOR, as Administratrix of the Estate of Thomas Dowdell,<br><br>Plaintiff,<br><br>vs.<br><br>RUTH CANNON and UNCLE BOB'S d/b/a UNCLE BOB'S LAST WATERING HOLE,<br><br>Defendants. | Civil Case No. 02-00037<br><br><br>ORDER TO SHOW CAUSE |

On February 21, 2003, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Thereafter, the Court received a telephone call from plaintiff's counsel who is not admitted to the bar of this Court explaining that attempts were being made to locate and retain local counsel as required by the local rules. Subsequently, plaintiff's counsel again telephoned and explained that a settlement had been reached and a dismissal would be submitted shortly. To date, however, no dismissal or settlement papers have been filed.

Accordingly, the plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. The plaintiff's written response to this Order to Show Cause or a voluntary dismissal shall be filed no later than June 30, 2003.

SO ORDERED this 2nd day of June, 2003.

_____
JOHN S. UNPINGCO
Chief Judge